**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| UNITED STATES OF AMERICA, |
| -against- |
| DANIEL JONES, |
| a/k/a "D Cash," |
| Defendant. |

No. 25 Cr. 576-07 (SHS)

**ORDER**

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.2 of the Local Criminal Rules of this Court, and subject to the approval of the Court, Rachel V. Sommers, of the firm Wachtell, Lipton, Rosen & Katz hereby withdraws her appearance in the above-captioned matter on behalf of defendant Daniel Jones. In Support, the undersigned states as follows:

1. I have previously appeared in this matter as counsel for Daniel Jones.

2. As of May 30, 2026, I will no longer be associated with the firm Wachtell, Lipton, Rosen & Katz.

3. The firm Wachtell, Lipton, Rosen & Katz remains as counsel to Daniel Jones in this action. Accordingly, my withdrawal will not create any prejudice or delay, and I am not asserting any retaining or charging lien.

Dated:    May 29, 2026

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ RACHEL V. SOMMERS
      Rachel V. Sommers

51 West 52nd Street
New York, New York 10019
(212) 403-1000
rvsommers@wlrk.com
*Attorney for Defendant Daniel Jones*

To:  All Counsel of Record
     (by ECF)

SO ORDERED:  *Sidney H. Stein*
             Sidney H. Stein, U.S.D.J.

**Dated: New York, New York**
     **June 2, 2o26**