UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA, : 25-cr-576 (SHS)

-v- :

DANIEL JONES, : ORDER

Defendant. :

---------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the conference scheduled for today at 2:30 p.m. is rescheduled to July 23 at 3:30 p.m.

Dated: New York, New York
July 20, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.